```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
                                                       :
          - against -                                  :
                                                       :
                                                       :
DANA MCCANN,                                           :     20-CR-58 (VSB)
                                                       :
                    Defendant.                         :     ORDER
                                                       :
                                                       :
-------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On February 24, 2021, Defendant Dana McCann filed an emergency motion for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Doc. 21.)   It is hereby:

ORDERED that on or before March 4, 2021, the Government shall file a response addressing 1) whether or not Defendant is eligible for release to a half-way house; 2) whether or not the Bureau of Prisons intends to release him; and 3) whether or not Defendant is eligible for the vaccine, and if so, when he would most likely receive the vaccine.

IT IS FURTHER ORDERED that Defendant shall file his reply, if any, on or before March 10, 2021.

SO ORDERED.

Dated: February 26, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge