# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

February 25, 2021

VIA ECF

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 2/26/2021

Counsel shall file the original exhibits under seal with the Sealed Records Clerk.

Re:   **United States v. Dana McCann – 20 Cr 58 (VSB)**
      **Request to File Under Seal**

Dear Judge Broderick:

I am associated with Cadwalader, Wickersham & Taft LLP, counsel for Defendant Dana McCann in the above-captioned action. I write on behalf of Mr. McCann to respectfully request that two documents filed on February 24, 2021 be sealed. Both documents contain information requiring caution, and were temporary sealed by the Clerk of Court on February 24, 2021.

Specifically, counsel to Mr. McCann respectfully requests that Exhibits A and B to the Declaration of Tammy Tran (ECF No. 23) be filed under seal.

Respectfully Submitted,

*[signature]*

Tammy Tran
Cadwalader, Wickersham & Taft LLP

cc:   Emily Johnson, Esq.
      Assistant U.S. Attorney

**Tammy Tran**  Tel (212) 504-6107    Fax (212) 504-6666   Tammy.Tran@cwt.com